In the Matter of Martha M. Reed.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham, P. J., and Scott, J., dissented.)

The State Bank, Appellant, v. Sigmund Leinhardt and Others, Defendants. Mary F. Wustrow, Respondent.— Order affirmed, without costs. No opinion.

Frederick W. Woeckener v. Richmond Light and Railroad Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Morris Markow v. North Central Realty Company, Impleaded, etc.— Motion denied, without costs.

James F. Guilfoyle v. Catherine E. Pierce.— Motion to dismiss appeal granted, with ten dollars costs.

Guardian Trust Company of New York v. Crescent Brick and Supply Company. Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

In the Matter of John C. R. Eckerson and Others, as Trustees, etc.— Motion to dismiss appeal denied, with ten dollars costs.

In the Matter of Clara H. Hughes, as Executrix, etc.— Motion denied, without costs.

Catharine A. Peters v. David Marvin.— Motion to dismiss appeal granted, with ten dollars costs.

Mary A. Cohnfeld v. Cyrille Carreau and Others. Mary A. Cohnfeld v. John Muller and Others. Mary A. Cohnfeld v. David J. Isaacs and Others. Mary A. Cohnfeld v. Morris Lazarus and Others. Mary A. Cohnfeld v. Seth M. Milliken and Others. (Action No. 1.) Mary A. Cohnfeld v. Seth M. Milliken and Others. (Action No. 2.) Mary A. Cohnfeld v. Gustav Stillgebauer and Others. Mary A. Cohnfeld v. Ralph Garfiel and Others. — Motions to dismiss appeals granted, with ten dollars costs, unless appellant comply with terms stated in orders.

Sarah Schwartz, as Administratrix, etc., v. Minnie Lippman, as Administratrix, etc., and Others.— Motion denied, with ten dollars costs.

Patrick Kennedy v. John Wanamaker, New York.— Motion denied, with ten dollars costs.

Emil C. Brendlin v. Lucius Beers.— Motion denied, with ten dollars costs.

P. Devereux Richards v. The Board of Education.— Motion denied, with ten dollars costs.

Moncure Robinson v. The New York Central and Hudson River Railroad Company.— Motion granted, question certified as stated in order.

New York Association for the Protection of Game v. Conron Brothers Company.— Motion denied, with ten dollars costs.

Alice de Brauwere v. Louis de Brauwere.— Motion granted, question certified as stated in order.

Sophie M. La Grave v. Leopold Hellinger.— Motion denied, with ten dollars costs.

Margaret J. Loos v. Annie Leahy, Impleaded, etc.— Motion denied, with ten dollars costs.